UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| Punchbowl, Inc.<br><br>Plaintiff - Appellant,<br><br>v.<br>AJ Press LLC<br><br>Defendant - Appellee. | 9th Cir. No. 24-5833<br><br>STIPULATED MOTION TO VOLUNTARILY DISMISS APPEAL |

Pursuant to Federal Rule of Appellate Procedure 42(b), Appellant hereby moves the Court for an order dismissing the above-captioned appeal. Appellee consents to the dismissal. Each side shall bear its own costs and fees on appeal.

Dated: 02/10/2025

s/ Nancy M. Olson

Attorney for Appellant

s/ Nina D. Boyajian

Attorney for Appellee